*Government*

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES of AMERICA,

v.

MICHAEL J. BULLARD
JENNIFER J. HARTPENCE, a/k/a
  JENNIFER ERICKSON
RICHARD C. ARMSTRONG

**EXHIBIT LIST**

CASE NO. 09-033-S-EJL

| PRESIDING JUDGE<br>Edward J. Lodge | PLAINTIFF'S ATTORNEY<br>Wendy J. Olson<br>Erin Aslan | DEFENDANTS' ATTORNEYS<br>Elisa G. Massoth<br>John C. DeFranco<br>R. Wade Curtis |
|---|---|---|
| TRIAL DATES<br>July 16, 2009 | COURT REPORTER<br>~~Tammy Hohenleitner~~ Lisa Yant | COURTROOM DEPUTY<br>~~Anne Lawron~~ Diane McDonald |

| PLF.<br>NO. | DATE<br>OFFERED | ADMITTED | | | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | Stipulation | Authenticity | Foundation | |
| 1 | 7-16-09 | Ad | ✓ | | Photograph of the entrance to the Wal-Mart Supercenter store on 12th Avenue Road, Nampa, Idaho ("Wal-Mart") |
| 2 | 7-16-09 | Ad | ✓ | | Photograph of the Wal-Mart juice/dairy aisle |
| 3 | 7-16-09 | Ad | ✓ | | Photograph of a Wal-Mart check-out lane |
| 4 | 7-16-09 | Ad | ✓ | | Photograph of the Wal-Mart Family Fun Center |
| 5 | 7-16-09 | Ad | ✓ | | Photograph of the McDonald's restaurant inside Wal-Mart |
| 6 | 7-16-09 | Ad | ✓ | | Photograph of the Wal-Mart parking lot |
| 7 | 7-16-09 | Ad | ✓ | | Photograph of the Wal-Mart parking lot |
| 8 | 7-16-09 | Ad | ✓ | | Photograph of a ditch at the edge of the Wal-Mart parking lot |
| 9 | 7-16-09 | Ad | ✓ | | Aerial photograph of the Wal-Mart and parking lot and surrounding area |
| 10 | 7-16-09 | Ad | ✓ | | Wal-Mart Video Footage of the registers and Family Fun Center (clip 1) |
| 11 | 7-16-09 | Ad | ✓ | | Wal-Mart Video Footage of the greeter and side entrance (clip 1) |

1

| PLF. NO. | DATE OFFERED | ADMITTED | | | DESCRIPTION OF EXHIBIT |
| --- | --- | --- | --- | --- | --- |
| | | Stipulation | Authenticity | Foundation | |
| 12 | 7-16-09 | Ad | ✓ | | Wal-Mart Video Footage of the exit foyer (bird's eye view) (clip 1) |
| 13 | 7-16-09 | Ad | ✓ | | Wal-Mart Video Footage of the exit foyer (waist level view) (clip 1) |
| 14 | 7-16-09 | Ad | ✓ | | Wal-Mart Video Footage of the parking lot (view 1) |
| 15 | 7-17-09 | Ad | ✓ | | Wal-Mart Video Footage of the parking lot (view 2) |
| 16 | 7-17-09 | Ad | ✓ | | Photograph of apartments from Wal-Mart |
| 17 | 7-17-09 | Ad | ✓ | | Photograph of Wal-Mart from apartments |
| 18 | 7-17-09 | Ad | ✓ | | Wal-Mart Video Footage of the registers and Family Fun Center (clip 2) |
| 19 | 7-17-09 | Ad | ✓ | | Wal-Mart Video Footage of the greeter and side entrance (clip 2) |
| 20 | 7-17-09 | Ad | ✓ | | Wal-Mart Video Footage of the exit foyer (bird's eye view) (clip 2) |
| 21 | 7-17-09 | Ad | ✓ | | Wal-Mart Video Footage of the exit foyer (waist level view) (clip 2) |
| 22a | 7-20-09 | Ad | ✓ | | Canyon County Jail Audio Recording from July 31, 2008, excerpt 1 |
| 22b | 7-20-09 | Ad | ✓ | | Canyon County Jail Audio Recording from July 31, 2008, excerpt 2 |
| 23a | 7-20-09 | Ad | ✓ | | Canyon County Jail Audio Recording from October 8, 2008, excerpt 1 |
| 23b | 7-20-09 | Ad | ✓ | | Canyon County Jail Audio Recording from October 8, 2008, excerpt 2 |
| 24 | 7-20-09 | Ad | ✓ | | Canyon County Jail Audio Recording from October 15, 2008 |
| 25 | 7-17-09 | Ad | ✓ | | Photograph of Richard C. Armstrong (head shot) |
| 26 | 7-17-09 | Ad | ✓ | | Photograph of Richard C. Armstrong (chest swastika tattoo) |
| 27 | 7-17-09 | Ad | ✓ | | Photograph of Richard C. Armstrong (ankle swastika tattoo) |
| 28 | 7-17-09 | Ad | ✓ | | Photograph of Richard C. Armstrong (Nazi "SS" lightening bolts tattoo) |
| 29 | 7-20-09 | Ad | ✓ | | Drawings by Richard C. Armstrong (swastika) |

2

| PLF. NO. | DATE OFFERED | ADMITTED | | | DESCRIPTION OF EXHIBIT |
| --- | --- | --- | --- | --- | --- |
| | | Stipulation | Authenticity | Foundation | |
| 30 | | | | | Drawings by Richard C. Armstrong (woman with Confederate flag) |
| 31 | | | | | Drawings by Richard C. Armstrong (reverse side of woman with Confederate flag) |
| 32 | | | | | Grand Jury transcript – Rachel Pratt |
| 33 | | | | | Michael J. Bullard Juvenile Records (redacted) – Prior Record Sheet |
| 34 | | | | | Michael J. Bullard Juvenile Records (redacted) – Petition - Case No. JV2002-288 |
| 35 | | | | | Michael J. Bullard Juvenile Records (redacted) – Petition - Case No. JV2002-366 |
| 36 | | | | | Michael J. Bullard Juvenile Records (redacted) – Supplemental Social History Report |
| 37 | | | | | Michael J. Bullard Juvenile Records (redacted) – Sentencing Decree – Case No. JV2002-288, 366 |
| 38 | 7/20 | Ad | ✓ | | Photograph of Michael J. Bullard (head shot) |
| 39 | 7/20 | Ad | ✓ | | Photograph of Michael J. Bullard (swastika pin) |
| 40 | 7/20 | Ad | ✓ | | Photograph of Michael J. Bullard (Nazi "SS" lightening bolts pin) |
| 41 | 7/20 | Ad | ✓ | | Michael J. Bullard's two pins and lighter |
| 42 | 7/20 | Ad | ✓ | | Michael J Bullard Photo |

46
47A  Ad  } audio on
47B  Ad  } 1 CD ✓