Elisa G. Massoth
**ELISA G. MASSOTH, PLLC.**
14 S. Main Street, Suite 200
P. O. Box 1003
Payette, Idaho   83661
Telephone 208-642-3797
Facsimile 208-642-3799

*Satellite Office:*
910 E. Cleveland Blvd.
Caldwell, ID  83605
ISB NO. 5647
emassoth@kmrs.net

Attorney for Defendant
         Michael J. Bullard

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL J. BULLARD,<br>JENNIFER J. HARTPENCE,<br>   a/k/a JENNIFER ERICKSON,<br>RICHARD C. ARMSTRONG, and<br>JAMES D. WHITEWATER,<br><br>                Defendants. | Case No.  CR 09-033-S-EJL<br><br>**DEFENDANT MICHAEL BULLARD'S MOTION FOR RELEASE PENDING SENTENCING** |

    The Defendant Michael J. Bullard, through his attorney Elisa G. Massoth, moves the Court pursuant to 18 U.S.C. § 3143 for release pending sentencing.  Mr. Bullard submits that at a hearing on this motion, clear and convincing evidence will be presented that there are conditions that would assure his appearance at sentencing and assure the

**DEFENDANT MICHAEL BULLARD'S MOTION FOR RELEASE PENDING SENTENCING - 1**

safety of the community.  Mr. Bullard's mother, Ginger Osmus, is willing to be a third party custodian with Mr. Bullard living in her home.  Mr. Bullard is willing to be supervised by federal probation, submit to electronic monitoring, and submit to routine drug testing.

The Defendant Michael Bullard requests a hearing as soon as possible as the Government has indicated that it will oppose the motion.

Dated this 21st day of  August, 2009.

                    ELISA G. MASSOTH, PLLC.


                    By _____/s/_____
                          ELISA G. MASSOTH


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of August, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent a notice of electronic filing to all parties on the electronic mail notice list.


                    _____/s/_____
                    ELISA G. MASSOTH